B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

## Northern District of Illinois
**Case No. 12–82328**
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Margaret M Fumo
99 Maple St
Crystal Lake, IL 60014

Social Security / Individual Taxpayer ID No.:

xxx–xx–9461

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: September 11, 2012         Kenneth S. Gardner, Clerk
United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

**B18 (Official Form 18) (12/07) – Cont.**

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 12-82328-MB
Margaret M Fumo                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3        User: admin           Page 1 of 2           Date Rcvd: Sep 11, 2012
                           Form ID: b18           Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2012.
db         +Margaret M Fumo,    99 Maple St,    Crystal Lake, IL 60014-5943
19034717   +Chase Home Finance,    3415 Vision Drive,    Mail Code: OH-7119,    Columbus, OH 43219-6009
19034722    Great Lake Credit Union,    225 Green Bay Road,    North Chicago, IL 60064
19034721    Great Lake Credit Union,    Building 290,    Great Lakes, IL 60088
19034724    Kohl/Chase(Kohl's Department Store),    Attn: Bankruptcy Department,    N54W 17000 Ridgewood Drive,
             Menomonee Falls, WI 53051
19034725   +McHenry County Clerk,    Office of Assessments,    2200 N. Seminary Ave.,
             Woodstock, IL 60098-2637
19034726   +PNC Bank,    One NCC Parkway,    Mail Code: 21-yb43-021,    Kalamazoo, MI 49009-8003
19034728    Regions Bank,    P.O. Box 70827,    Charlotte, NC 28272-0827
19034729   +Thomas Venezio,    99 Maple Street,    Crystal Lake, IL 60014-5943

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19034713   +EDI: BANKAMER.COM Sep 12 2012 01:38:00     Bank of America,    Bankruptcy Department,
             4161 Piedmont Parkway,    Greensboro, NC 27410-8110
19034714    EDI: CAPITALONE.COM Sep 12 2012 01:38:00     Cap One,    Bankruptcy Dept.,    PO Box 5155,
             Norcross, GA 30091
19034715   +EDI: CAPITALONE.COM Sep 12 2012 01:38:00     Capital One,    Bankruptcy Department,    PO Box 30285,
             Salt Lake City, UT 84130-0285
19034716   +EDI: CHASE.COM Sep 12 2012 01:38:00     Chase,    Bankruptcy Department,    PO Box 15398,
             Wilmington, DE 19850
19034718    EDI: CHASE.COM Sep 12 2012 01:38:00     Chasecard,    Bankruptcy Department,    PO Box 15298,
             Wilmington, DE 19850-5298
19034719   +EDI: CITICORP.COM Sep 12 2012 01:38:00     Citi,    Attn: Bankruptcy Department,    PO Box 6241,
             Sioux Falls, SD 57117-6241
19034720   +EDI: CITICORP.COM Sep 12 2012 01:38:00     Citi,    PO Box 6500,    Sioux Falls, SD 57117-6500
19034723   +EDI: CBSKOHLS.COM Sep 12 2012 01:38:00     Kohl/Chase,    PO Box 3115,    Milwaukee, WI 53201-3115
19034727   +E-mail/Text: mtg.bankruptcy@regions.com Sep 12 2012 02:14:05      Regions,    215 Forrest Street,
             Hattiesburg, MS 39401-3476
                                                                              TOTAL: 9

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 13, 2012**                    **Signature:**   *Joseph Speetjens*

District/off: 0752-3          User: admin               Page 2 of 2          Date Rcvd: Sep 11, 2012
                             Form ID: b18              Total Noticed: 18

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2012 at the address(es) listed below:
          David M Siegel    on behalf of Debtor Margaret Fumo davidsiegellaw@hotmail.com,
          davidmsiegel@hotmail.com;author@proofofpayments.com;johnellmannlaw@gmail.com
          James E Stevens    jimstevens@bslbv.com,  IL48@ecfcbis.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                              TOTAL: 3